UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| *In re*: Philip Singer,<br>Attorney at Law, Bar No. 7914 | Case No. 2:23-ms-00058-MMD<br><br>ORDER |

**I.     SUMMARY**

This is an attorney discipline matter. Before the Court is Attorney Philip Singer (Bar No. 7914)'s petition for reinstatement (the "Petition"). (ECF No. 1.) As further explained below, the Court will grant the Petition.

**II.    BACKGROUND**

The Nevada Supreme Court ("NSC") disbarred Singer in 2011. (*Id.* at 3.) The NSC reinstated him subject to a one year probationary period during which the NSC imposed special conditions on his ability to practice in 2021. (*Id.* at 3-6.) Singer attached to his Petition a letter from the state bar dated September 16, 2022, confirming that he successfully discharged the probationary conditions the NSC imposed on him, in which the state bar also stated, "our file is now closed." (*Id.* at 7.)

The Petition followed. (*Id.*) In his Petition, Attorney Singer asks to be reinstated primarily because he has successfully discharged the NSC's probationary conditions and therefore may now practice in state court fully unencumbered by any requirements imposed on him as a result of prior discipline. (*Id.* at 1-2.)

**III.   DISCUSSION**

Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." LR IA 11-

7(i). The Rule further provides: "if the attorney was readmitted by the supervising court or the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.* However, the decision as to whether and under what circumstances the attorney will be reinstated to practice before this Court is left to the discretion of the Chief Judge, or other reviewing Judge if the Chief Judge refers the matter to another judge. *See id.*; *see also* LR IA 11-7(a).

The Court will grant the Petition because Singer has sufficiently demonstrated he successfully discharged the NSC's probationary conditions and is an attorney in good standing with the State Bar of Nevada. (ECF No. 1 at 7; *see also id.* at 3-6.) The Court thus finds that Singer has shown cause to be readmitted to the bar of this Court.

**IV.     CONCLUSION**

It is therefore ordered that Singer's petition for reinstatement (ECF No. 1) is granted.

DATED THIS 26th Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 2nd day of October 2023, I caused to be served a true and correct copy of the foregoing Order granting motion for reinstatement to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Philip Singer
> 2420 E. Bonanza Rd.
> Las Vegas, NV 89101
>
> Certified Mail No.: 7020 3160 0000 7420 4637

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada