# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Philip Singer,<br>Attorney at Law, Bar No. 7914 | Case No. 2:23-ms-00058-APG<br><br>ORDER OF SUSPENSION |

On December 30, 2024, this Court entered an Order to Show Cause (OSC), which was sent to Mr. Singer via certified mail. ECF Nos. 6, 7. The OSC provided Mr. Singer with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Singer. Failure to respond within 30 days warrants an Order of Suspension See LR IA 11-7.

It is therefore ordered that Philip Singer, Bar No.7914, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 10th day of February 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 10th day of February 2025, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Philip Singer
> 625 S. 8th St.
> Las Vegas, NV 89101
>
> Certified Mail No.: 7020 3160 0000 7420 2275

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada