# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: Philip Singer
Attorney at Law, Bar No. 7914

Case No.: 2:23-ms-00058-APG

ORDER DENYING MOTION FOR REINSATEMENT

[ECF No. 12]

 Philip Singer was suspended and subsequently disbarred from the practice of law by the Supreme Court of Nevada (SCON) in November 2008 and suspended by this court in January 2009. He was later reinstated to both courts. He was again suspended by the SCON on December 11, 2024. The SCON stayed that suspension for one year, and placed Singer on probation with conditions. As a result of that second suspension, he was suspended from practicing law in this court on February 10, 2025. ECF No. 9. Singer now petitions to be reinstated to this court. ECF No. 12.

 Under this District's Local Rule IA 11-7(i), a suspended attorney "may petition for reinstatement to practice before this court . . . as may be supported by good cause and the interests of justice." The decisions whether and under what circumstances an attorney will be reinstated to practice before this court are left to the discretion of the Chief Judge or their designee.

 In his petition, Singer contends that he has complied with his probationary conditions for the past 11 months. But he will not complete his probation and be eligible to practice unencumbered by any probationary conditions until December 11, 2025.

 I deny Singer's petition without prejudice because he is currently subject to probationary conditions. This court has neither the obligation, resources, nor inclination to monitor his

compliance with the probationary conditions. However, this denial of the petition is without prejudice to him filing a new petition assuming he successfully discharges all of his probationary conditions. Singer should not file a renewed petition for reinstatement until he is able to present both a certificate of good standing from the State Bar of Nevada and other evidence sufficient to establish that his practice in the Nevada state courts is unencumbered by any probationary or other conditions stemming from his suspension or any other discipline imposed on him.

      I therefore order that Singer's petition for reinstatement (ECF No. 12) is denied without prejudice.

      DATED this 19th day of November, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE